### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-37 (WLS-ALS) |
| | : | |
| BRIDGET DENISE HARRIS and | | |
| CRAGE BERNARD HARRIS, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER

The Court intends to notice this case for the February 2025 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Tuesday, March 4, 2025,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conferenc**e.

**SO ORDERED**, this 26th day of February 2025.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**