IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-37 (WLS-ALS-1) |
| | : | |
| BRIDGET DENISE HARRIS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is Defendant Bridget Harris's Unopposed Motion to Continue Trial in the Interest of Justice (Doc. 52) ("the Motion"). Therein, Defendant asks the Court to grant a continuance of his trial from the May 2025 trial term to the August 2025 term in the Valdosta Division. Counsel contends such a continuance is warranted due to delays obtaining supplemental discovery.

Based on Defendant Bridget Harris's stated reasons and the fact that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 23) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division August 2025 trial term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 28th day of February 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**