IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:24-CR-37 (WLS-ALS) |
| | : |
| BRIDGET DENISE HARRIS and | |
| CRAGE BERNARD HARRIS, | : |
| | : |
| Defendants. | : |
| | : |

### ORDER

The Court intends to notice this case for the August 2025 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Tuesday, June 10, 2025,** if any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conferenc**e.

**SO ORDERED**, this 3rd day of June 2025.

                                              **/s/ W. Louis Sands**
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**