IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-00037 (WLS-ALS-1) |
| | : | |
| BRIDGET DENISE HARRIS and | : | |
| CRAGE BERNARD HARRIS, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

    Before the Court is the Government's Motion to Continue (Doc. 60). In it, the Government moves to continue the trial from the August 2025 Valdosta Trial Term in the interests of justice. The Government states that a continuance is warranted because the Government's case agent will be unavailable to prepare for and attend trial. (Doc. 60 at 2). Defense Counsel do not oppose. (*Id.*)

    Of course, 18 U.S.C. § 3161(h)(3)(A) allows the Court, in certain circumstances, to continue a trial in the interests of justice. Yet "no continuance under subparagraph (A) . . . shall be granted because of . . . failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(3)(C). A witness is "considered unavailable whenever his whereabouts are known but his presence for trial cannot be obtained by due diligence or [the witness] resists appearing at or being returned for trial." § 3161(h)(3)(B).

    Here, the Government states that its case agent is unavailable because he is attending a class at the FBI National Academy. (Doc. 60 at 2). But this, without more, is insufficient to justify a continuance in accordance with the Speedy Trial Act. The Government does not volunteer if this agent will even testify. And, even if he was essential to the case, the Government has not shown that the case agent is unavailable within the meaning of § 3161(h)(3)(B). Although it might be inconvenient for the agent, he could be available for trial with the exercise of due diligence. So, upon review and consideration, the Court does not find a continuance in the interests of justice at this time. The Government's Motion to Continue

1

(Doc. 60) is thus **DENIED**, without prejudice, subject to resubmission upon grounds and showing that meet the statutory requirements.

    **SO ORDERED**, this 12th day of June 2025.

                                                 **/s/ W. Louis Sands**
                                                 **W. LOUIS SANDS, SR. JUDGE**
                                                 **UNITED STATES DISTRICT COURT**