**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-37 |
| | : | |
| BRIDGET DENISE HARRIS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

The Parties jointly move to continue Bridget Denise Harris's sentencing hearing for a second time. (Doc. 95). The Court previously granted the Government's Unopposed Motion to Continue Sentencing Hearing (Doc. 80) on August 30, 2025. (Doc. 82). On March 3, 2026, the United States Probation Office filed its Second Revised Final Presentence Investigation Report (Doc. 93) and Harris filed her first objection to that report on March 11, 2026. (Doc. 94). Parties state that the Government and USPO need more time to review the pertinent discovery and respond to Harris's objection. Parties note that Harris is not in custody and has no objection to the continuance. (Doc. 95).

For good cause shown, the Motion (Doc. 95) is **GRANTED**. The sentencing in this case is **CONTINUED**. Bridget Denise Harris's Sentencing Hearing currently set for Thursday, March 19, 2026, is **CANCELLED**. The Court will set a new hearing by separate notice or order.

**SO ORDERED**, this 16th day of March 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1